UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| K.R., an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>CHOICE HOTELS, WHG SU DELEGATES, LLC CHOICE HOTELS, INTERNATIONAL, INC. AND CHOICE HOTELS INTERNATIONAL SERVICES CORP.,<br><br>    Defendants. | Case No. 6:23-CV-01012-WWB-LHP |

## RULE 7.1 AND LOCAL RULE 3.03 DISCLOSURE STATEMENT

Filed by: **Sara Turner**

Each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

Marisa Rosen Dorough, Esq.
Sara M. Turner, Esq.
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
Choice Hotels International, Inc.

Each entity with publicly traded shares or debt potentially affected by the outcome:

Choice Hotels International, Inc.

Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:

None.

Each person arguably eligible for restitution:

None.

If filed by a nongovernmental corporate party, then identify any parent corporation and

any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

Choice Hotels International, Inc. has no parent corporation or publicly held corporation that owns ten percent (10%) or more of its stock.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

<u>/s/Sara Turner</u>
Sara M. Turner (Lead Counsel)
(*Admitted pro hac*)
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**
420 20th Street North, Suite 1400
Birmingham, Alabama 35203
Phone: (205) 328-0480
smturner@bakerdonelson.com

Marisa Rosen Dorough, Esq.
Florida Bar No. 73152
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**
200 South Orange Avenue, Suite 2900
Orlando, Florida 32801
Phone: (407) 422-6600
mdorough@bakerdonelson.com

*Counsel for Defendant Choice Hotels International, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 27, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

<u>/s/ Sara Turner</u>
Sara M. Turner