# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JANE DOE K.R.,

      Plaintiff,

v.    Case No:   6:23-cv-1012-WWB-LHP

CHOICE HOTELS, WHG SU
DELEGATES, LLC, CHOICE HOTELS
INTERNATIONAL, INC. and
CHOICE HOTELS INTERNATIONAL
SERVICES CORP.,

      Defendants

## ORDER
(And Direction to Clerk of Court)

Before the Court is Plaintiff's Time-Sensitive Motion to Compel Discovery from Defendants Choice Hotels International, Inc. and Choice Hotels International Services Corporation, Doc. No. 104, supported by several exhibits, Doc. No. 104-1. After filing the motion, Plaintiff also filed a Motion to Withdraw Exhibit from Plaintiff's Time-Sensitive Motion to Compel Discovery from Defendants Choice Hotels International, Inc. and Choice Hotels International Services Corporation, seeking to withdraw and replace the exhibits filed with the motion to compel, due to inadvertent inclusion of confidential information.   Doc. Nos. 105, 105-1.

Upon review, the Motion to Withdraw (Doc. No. 105) is well taken. In light of Plaintiff's request for additional briefing in its motion to compel, Doc. No. 104, at 2 n.1, which the Court also finds well taken, the Court will order the initial motion to compel and all related attachments (Doc. Nos. 104, 104-1) stricken and removed from the docket, such that the Court will require Plaintiff to refile the motion compel to include the requested additional briefing, as follows.

Accordingly, it is **ORDERED:**

1. Plaintiff's Motion to Withdraw Exhibit from Plaintiff's Time-Sensitive Motion to Compel Discovery from Defendants Choice Hotels International, Inc. and Choice Hotels International Services Corporation (Doc. No. 105) is **GRANTED**.

2. Plaintiff's Time-Sensitive Motion to Compel Discovery from Defendants Choice Hotels International, Inc. and Choice Hotels International Services Corporation (Doc. No. 104) is hereby **STRICKEN**, and **the Clerk of Court** is **DIRECTED** to **REMOVE** the motion and all related attachments (Doc. Nos. 104, 104-1) from the docket.

3. On or before **Tuesday February 18, 2025**, Plaintiff shall refile the motion to compel to include additional briefing. The renewed motion shall

not exceed **ten (10) pages** in length, and shall include as attachments all exhibits Plaintiff wishes the Court to consider in resolving the motion.[1]

4. On or before **Monday, February 24, 2025**, Defendants shall file their response to the motion. The response shall not exceed **ten (10) pages** in length, and shall include as attachments all exhibits Defendants wish the Court to consider.

**5. Given the impending discovery deadline, these deadlines will not be extended absent a showing of truly exigent circumstances.**

**DONE** and **ORDERED** in Orlando, Florida on February 13, 2025.

*[signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] The renewed motion shall also otherwise comply with the requirements of the Standing Order on Discovery Motions. Doc. No. 53. The parties are reminded of their obligation to continue to confer concerning the dispute. *Id.* ¶ 8.