**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

K.R., an individual,

    Plaintiff,

    v.

CHOICE HOTELS, WHG SU
DELEGATES, LLC, CHOICE
HOTELS INTERNATIONAL, INC.
AND CHOICE HOTELS
INTERNATIONAL SERVICES
CORP.,

    Defendants.

Case No. 6:23-CV-01012-JSS-LHP

**CHOICE HOTELS AND CHOICE HOTELS INTERNATIONAL
SERVICES CORP.'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

Choice Hotels and Choice Hotels International Services Corp. (together, "Misnamed Choice Entities") move for summary judgment under Federal Rule of Civil Procedure 56.

As Plaintiff agrees, "Choice Hotels" is not an existing corporate entity. *See* Doc. No. 134 (Stipulation of Agreed Material Facts), at 3 ("'Choice Hotels' is not an existing Choice related corporate entity and was not in 2013."). And as Plaintiff also agrees, Choice Hotels International Services Corp. has nothing to do with Plaintiff's allegations, as it is a passthrough corporate entity. *See id.* ("Choice Hotels International Services Corp. played no role in Plaintiff's allegations.").

As this stage, there is no evidence in the record that "Choice Hotels" or Choice Hotels International Service Corp. have anything at all to do with Plaintiff's

1

allegations. Neither entity (as far as that term applies to a shorthand) appears on any contracts, is referenced in any documents, or has been referenced by any witness or expert. They simply have nothing to do with this case.

As there is no evidence to support Plaintiff's claims against the Misnamed Choice Entities, summary judgment in their favor is appropriate. *See Celotex Corp. v. Catrett*, 477 U.S. 317, 325 (1986).

For that reason, the Misnamed Choice Entities respectfully requests that the Court grant their Motion and enter summary judgment in their favor as to Plaintiff's claims.

Respectfully submitted this 1st day of April, 2025.

/s/ Sara Turner
Sara M. Turner (Lead Counsel)
(*pro hac vice*)
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**
420 20th Street North, Suite 1400
Birmingham, Alabama 35203
Phone: (205) 328-0480
smturner@bakerdonelson.com

Marisa Rosen Dorough, Esq.
Florida Bar No. 73152
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**
200 South Orange Avenue, Suite 2900
Orlando, Florida 32801
Phone: (407) 422-6600
mdorough@bakerdonelson.com