UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| JANE DOE (K.R.) | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | 6:23-cv-01012-WWB-LHP |
| CHOICE HOTELS, WHG SU | § | |
| DELEGATES, LLC, CHOICE | § | |
| HOTELS INTERNATIONAL, | § | |
| INC., AND CHOICE HOTELS | § | |
| INTERNATIONAL SERVICES | § | |
| CORP. | § | |
|     Defendants. | § | |

## **PLAINITFF'S FIRST AMENDED COMPLAINT**

COMES NOW Jane Doe (K.R.), Plaintiff in the above-styled and numbered cause, files this First Amended Complaint against Choice Hotels and WHG SU Delegates, LLC, Choice Hotels International, Inc. and Choice Hotels International Services Corp., as Defendants and respectfully shows the Court as follows:

## **SUMMARY**

1.     Jane Doe (K.R.) files this civil lawsuit seeking compensation for the harm she suffered as a result of the sex trafficking, she endured in a hotel owned, operated, maintained, and controlled by Defendants and their agents and employees.

2.     Sex trafficking has become a public health crisis that has reached epidemic proportions in the United States. It is now widely recognized, including by Congress and many state legislatures, that combating sex trafficking requires more than just criminal penalties for pimps and sex buyers.

3.     Since 2003, federal law, through the Trafficking Victims Protection Reauthorization Act ("TVPRA"), 18 U.S.C. §1581, et seq, has provided victims of sex trafficking a civil remedy against perpetrators of criminal sex trafficking.

4.     In 2008, Congress intentionally expanded the scope of the TVPRA to reach those who—while not criminally liable under the TVPRA—financially benefit from participation in a venture that they know or *should know* engages in criminal sex trafficking.

5.     Jane Doe K.R. alleges that Defendants derived financial benefit from facilitating sex trafficking by providing a venue where traffickers could exploit victims, including Jane Doe (K.R.), with minimal risk of detection or interruption. Jane Doe (K.R.) further alleges that Defendants enabled traffickers, including her own trafficker, despite obvious and apparent signs of sex trafficking in these hotels. Defendants were, therefore, knowingly receiving a benefit from participation in a venture that Defendants knew or should have known was engaged in sex trafficking.

6. Defendants had the opportunity to prevent the severe and permanent harm that Jane Doe (K.R.) experienced as the result of continuous trafficking. Defendants failed to do so. Instead, Defendants recklessly and/or negligently facilitated her sex trafficking. Accordingly, Jane Doe (K.R.) files this lawsuit.

## PARTIES

### I. Plaintiff, Jane Doe (K.R.)

7. Plaintiff, Jane Doe (K.R.) is a resident of Davenport, Florida. She may be contacted through her lead counsel, whose information is contained below.

8. Jane Doe (K.R.) is a survivor of sex trafficking under 18 U.S.C. §1591(a) because she was harbored, transported, or provided for the purpose of being caused, through force fraud or coercion, to commit a commercial sex act.

9. The trafficking of Jane Doe (K.R.) occurred in or affected interstate commerce.

10. Given the nature of the allegations in this lawsuit, there is a collective and compelling interest in not publicly revealing the identity of Jane Doe (K.R.).

## II.     Defendant, Choice Hotels

11.     Choice Hotels International, Inc. is a for-profit Delaware corporation with its principal place of business in Orlando, Florida.

12.     All references to Choice Hotels International, Inc. include any department, division, office, agency, subsidiary, or corporate affiliate whether domestic, foreign, and/or international. These references also include any director, officer, agent (either with direct/actual or implied/apparent authority), employee, person, firm, or corporation action on behalf of Choice Hotels International, Inc. now or at any time relevant to the claims herein.

13.     Choice Hotels International, Inc. has been served and made an appearance in this lawsuit.

14.     Choice Hotels International Services Corp., d/b/a Suburban Extended Stay, is a Delaware corporation and has been served and made an appearance in this lawsuit

15.     Defendants Choice Hotels International Service Corp, and Choice Hotels International Inc, will collectively be referred to as "Choice Hotels."

## III.     Defendant, WHG SU Delegates, LLC

16.     WHG SU Delegates, LLC is a for-profit Delaware Limited Liability Company with its principal place of business in Orlando, FL.

17.     All references to WHG SU Delegates, LLC include any department, division, office, agency, subsidiary, or corporate affiliate whether

domestic, foreign, and/or international. These references also include any director, officer, agent (either with direct/actual or implied/apparent authority), employee, person, firm, or corporation action on behalf of WHG SU Delegates, LLC now or at any time relevant to the claims herein.

18.    WHG SU Delegates, LLC has been served and made an appearance in this lawsuit.

## JURISDICTION AND VENUE

19.    This Court has jurisdiction over this lawsuit pursuant to 28 U.S.C. § 1331 because this action involves a federal question under the TVPRA.

20.    Venue is proper in this Court pursuant to 28 U.S.C. §1391(b) because a substantial part of the events or omissions giving rise to this claim occurred in this judicial district.

## STATEMENT OF FACTS

**I.    Jane Doe K.R. was a victim of unlawful sex trafficking at a hotel owned, operated, managed and controlled by Defendants.**

21.    Under the constant threat of terror, Jane Doe (K.R.) was forced into human trafficking by Quantae Veals (hereinafter, known as "Veals"), who forced Jane Doe (K.R.) to have sex with 'johns' for profit.  Veals forced and kept Jane Doe (K.R.) in the bondage of human trafficking through force, fraud and

coercion, specifically, by drugging her, physically assaulting her, deviously professing his love for her, and by not allowing her to go anywhere without him. Veals prevented Jane Doe (K.R.) from escaping by keeping her identification documents, not allowing her to keep any money, and prohibiting her from having contact with loved ones.

22. Between February 2013 and May 2013, Jane Doe (K.R.) was sex trafficked for others' deviant sexual proclivities. During this time, Jane Doe K.R. was trafficked at the Suburban Extended Stay located at 9435 Delegates Dr., Orlando, FL 32837 (hereinafter, known as "Suburban Orlando"), between March 2013 and May 2013. For approximately twelve (12) weeks, Jane Doe (K.R.) was sex trafficked at Suburban Orlando.

23. Over a period of time, Jane Doe (K.R.) was not allowed to go anywhere alone at Suburban Orlando, except to the front counter of the hotels to pay for the rooms. Jane Doe (K.R.), who was eighteen at the time, would purchase the motel rooms in cash using her name. Despite an eighteen-year-old having thousands of dollars in cash when paying for the rooms, Suburban Orlando staff rented rooms to Jane Doe (K.R.) without any questions. Despite seeing an eighteen-year-old walking around the hotel with a thirty plus year old man, Suburban Orlando staff rented rooms to Jane Doe (K.R.) even though her trafficker never went with her to rent rooms. Despite an eighteen-year-old requesting rooms out of site at the back of the hotel that allowed for access

without going through the lobby, Suburban Orlando staff rented rooms at the back of the property where prostitution and drugs ran rampant, to Jane Doe (K.R.) without any reservation.

24.    Suburban Orlando knew or should have known that Jane Doe (K.R.) was being trafficked for commercial sex based on the following: Jane Doe (K.R.)'s attire; the high traffic of 'johns' in and out of her room; Jane Doe (K.R.) resided at the location for weeks without any luggage; when housekeeping was allowed inside of the room, a significant amount of condoms were found in the trash can with large condom boxes everywhere; when housekeeping was allowed inside of the room, no other areas of the room were disturbed besides the bed; and Jane Doe (K.R.) looked nervous and afraid, avoiding eye contact, when interacting with Suburban Orlando staff when purchasing the motel rooms, to name a few   Staff at the Suburban Orlando would ask Jane Doe (K.R.) if she was renting rooms for the entire night or would she be checking out shortly, despite Suburban Orlando being a motel that rents rooms on either a daily or weekly basis.

25.    During the twelve (12) weeks Jane Doe (K.R.) was trafficked at Suburban Orlando, she was physically assaulted by a 'john' in one of Suburban Orlando's motel rooms.  After the 'john' violently assaulted Jane Doe (K.R.), leaving her bloodied and bruised, he ran out of the motel room.  Jane Doe (K.R.) also ran out of her room, wearing only her undergarments, yelling and

screaming to stop the 'john' and see what direction he was going. Despite this occurring in front of housekeeping staff, they did nothing.

26. Between March 2013 and May 2013, Jane Doe (K.R.) was trafficked at the Suburban Extended Stay located at 9435 Delegates Dr., Orlando, FL 32837.

27. Based upon information and belief, at all relevant times, the Suburban Orlando, a hotel branded by Choice Hotels, has been owned and operated by WHG SU Delegates, LLC since June 2012.

28. At all relevant times, WHG SU Delegates, LLC owned, operated, and managed the Suburban Orlando and employed the staff at the Suburban Orlando.

29. At all relevant times, Choice Hotels were directly involved in the relevant operations of the Suburban Orlando and exercised systemic control over WHG SU Delegates, LLC with respect to operation of the Suburban Orlando such that WHG SU Delegates, LLC was Choice Hotels' actual agent for operation of the Suburban Orlando. Choice Hotels also retained control over aspects of the operations of the Suburban Orlando directly related to the claims of Jane Doe K.R. Further, Choice Hotels together with WHG SU Delegates, LLC, acted as the joint employer for the staff of the Suburban Orlando.

30. The traffickers of Jane Doe (K.R.) and other sex traffickers frequently used Suburban Orlando for sex trafficking. There were obvious

signs that Jane Doe (K.R.) was being trafficked at Suburban Orlando such that
Choice Hotels and WHG SU Delegates, LLC knew or, through the exercise of
reasonable diligence should have known, that they were participating in a
venture causing her sexual exploitation.

## II.    The Hotel Industry's Role in Sex Trafficking and Defendants' Knowledge of the Problem

31.    The widely known and pervasive relationship between sex
trafficking and the hotel industry necessarily shapes what Defendants knew
or should have known regarding the trafficking of Jane Doe (K.R.) at the
Suburban Orlando.

32.    Today, sex trafficking is pervasive in the United States, and hotels
are the primary place where it happens.[1] This is no accident. For years, sex
traffickers have been able to reap enormous profits with "little risk when
attempting to operate within hotels."[2] In 2014, 92 percent of calls to the Human
Trafficking Hotline involved reports of sex trafficking taking place at hotels.[3]

---

[1] "This is not only a dominant issue, it's an epidemic issue." See Jaclyn Galucci, Human Trafficking is an Epidemic in the U.S. It's Also Big Business, Fortune, April 2019, at https://fortune.com/2019/04/14/human-sex-trafficking-usslavery/ citing Cindy McCain, who chairs the McCain Institute's Human Trafficking Advisory Council. "It's also something that is hiding in plain sight. It's everywhere—it's absolutely everywhere." Id

[2] See Human Trafficking in the Hotel Industry, Polaris Project, February 10, 2016, at https://polarisproject.org/blog/2016/02/human-trafficking-in-the-hotel-industry/.

[3] Michele Sarkisian, *Adopting the Code: Human Trafficking and the Hospitality Industry*, CORNELL HOSPITALITY REPORT, 15(15), 3-10 (2015), available at: https://humantraffickingsearch.org/wp-content/uploads/2019/05/Adoptingthecode.report.cornell.pdf

Hotels have been found to account for over 90 percent of commercial exploitation of children.[4]

33. Because of this link between hotels and sex trafficking, government agencies and non-profits have devoted significant efforts to educating the hotel industry, including Defendants, on best practices for identifying and responding to sex trafficking.[5]

34. Widely recognized signs of sex trafficking, which can be observed by hotel staff and which Defendants were made of aware of, include but are not limited to:

- Individuals show signs of fear, anxiety, tension, submission, and/or nervousness;

- Individuals show signs of physical abuse, restraint, and/or confinement;

- Individuals exhibit evidence of verbal threats, emotional abuse, and/or being treated in a demeaning way;

- Individuals show signs of malnourishment, poor hygiene, fatigue, sleep deprivation, untreated illness, injuries, and/or unusual behavior;

- Individuals lack freedom of movement or are constantly monitored;

---

[4] Erika R. George & Scarlet R. Smith, *In Good Company: How Corporate Social Responsibility Can Protect Rights and Aid Efforts to End Child Sex Trafficking in Modern Slavery*, 46 N.Y.U. J. INT'L L. & POL. 55, 92 (2013).

[5] *See, e.g.*, Department of Homeland Security, *Blue Campaign Toolkit*, available at: https://www.dhs.gov/sites/default/files/publications/blue-campaign/toolkits/hospitality-toolkit-eng.pdf; National Center for Missing & Exploited Children, *Child Sex Trafficking Overview*, available at: https://www.missingkids.org/content/dam/missingkids/pdfs/CST%20Identification%20Resource.pdf; Love 146, *red Flags for Hotel and Motel Employees*, https://love146.org/wp-content/uploads/2017/04/Hospitality-Red-Flag-and-Reporting-Love146.pdf; Texas Attorney General, Human Trafficking Red Flags, available at: https://www2.texasattorneygeneral.gov/files/human_trafficking/human_trafficking_red_flags_handout.pdf .

- Individuals avoid eye contact and interaction with others;

- Individuals have no control over or possession of money or ID;

- Individuals dress inappropriately for their age or have lower quality clothing compared to others in their party;

- Individuals have few or no personal items—such as no luggage or other bags;

- Individuals appear to be with a significantly older "boyfriend" or in the company of older males;

- A group of girls appears to be traveling with an older female or male;

- A group of males or females with identical tattoos in similar locations. This may indicate "branding" by a trafficker;

- Drug abuse or frequent use of "party drugs" such as GHB, Rohypnol, Ketamine, MDMA (Ecstasy), Methamphetamines, Cocaine, and Marijuana;

- Possession of bulk sexual paraphernalia such as condoms or lubricant;

- Possession or use of multiple cell phones; and

- Possession or use of large amounts of cash or pre-paid cards.[6]

35.    Defendants were aware or should have been aware of these signs of sex trafficking when operating controlling, and managing the Suburban Orlando, when enacting and enforcing policies and procedures applicable to that hotel, and when training, educating, and supervising the staff of that hotel.

---

[6] *Id.*

36.    Given the prevalence of human trafficking in hotels and the abundance of information about how franchisors, owners, and hotel employees can identify and respond to this trafficking, it has become apparent that the decision of a hotel chain to continue generating revenue from traffickers *without* taking reasonable steps to identify and prevent trafficking in its hotels is a decision to financially benefit by facilitating unlawful sex trafficking.

37.    Accordingly, many hotel chains—including Choice Hotels' chain—have told the public that they have assumed the duty and responsibility to stop sex trafficking in their hotels. Choice publicly promotes that it adopted a Human Rights Policy condemning human trafficking in 2008.[7]

38.    Unfortunately for Jane Doe (K.R.), Choice Hotels' promise proved empty. Choice Hotels has failed, at all levels, to take appropriate action in response to its actual knowledge regarding human trafficking in its hotels. Instead, Choice Hotels, has continued financially benefiting from providing a venue for sexual exploitation of victims like Jane Doe (K.R.).

### III.    Sex Trafficking Has Long Been Prevalent at Choice Hotels' Branded Properties, and Choice Hotels Has Known It.

39.    Defendants' actual knowledge is *not* limited to general awareness of the problem of sex trafficking in the hotel industry. Choice Hotels has also

---

[7] https://www.choicehotels.com/about/responsibility/human-rights-policy

known, since well before Jane Doe (K.R.) was trafficked at the Suburban Orlando, that sex trafficking is endemic in its branded hotels specifically.

40.    Upon information and belief, Choice Hotels monitored criminal activity occurring at its branded hotels and was aware of activity indicating commercial sex trafficking or related crimes occurring at those branded hotels, including the Suburban Orlando.

41.    Countless tales of tragedy, which upon information and belief Choice Hotels knows about, establish the entrenched and pervasive nature of Choice Hotels role in providing a venue where sex trafficking has continued, unabated, for years. For example:

- In 2004, A Los Angeles County woman faces charges of running a brothel in a budget motel across the street from Disneyland after three immigrants told police they were smuggled into the country and forced into prostitution. Guest at the Econo Lodge, where the makeshift brothel was operated, can see the Disneyland Hotel and a giant set of Mickey Mouse ears silhouetted on a roller coaster at California Adventure, Disneyland's sister attraction.[8]

- In 2012, A nationwide sex trafficking ring run by a violent pimp and his associates used Backpage.com to solicit customers for prostitutes as young as age 17, advertising the women as "smokin' hot babes," according to a federal indictment recently unsealed in Iowa. The two are charged in Iowa because Des Moines was a site where the ring did business on at least four occasions, sometimes holing up in an Econo Lodge near Interstate 35, the indictment says.[9]

---

[8] Claire Luna and Mai Tran, *Arrest in Sex Slave Case*, Los Angeles Times (February 13, 2004), https://www.latimes.com/archives/la-xpm-2004-feb-13-me-sexslave13-story.html
[9] Ryan J. Foley, *Feds: Sex trafficking ring used Backpage.com ads*, Associated Press (May 24, 2012), https://apnews.com/article/archive-de22067580494953bc14f6e9cfcca4aa

- In 2013, A man arrested for human trafficking in Dothan appears to be part of a human trafficking circuit. Police say Alonso Santiagito held a Mississippi teen against her will, beat her, forced her to do drugs, and sold her for sex. He was holding the girl and other victims at the Quality Inn on Ross Clark Cir.[10]

- An Orlando man faces several felony charges after authorities say he kept an underage girl as a prostitute against her will and beat her. The investigation into Tyquarius Jevonte Lebby, 24, began Dec. 8 after the Metropolitan Bureau of Investigation received a tip that an underage girl was being held against her will at an Orange Blossom Trail motel, according to court documents. Authorities found explicit pictures of the girl on the internet. Agents posed undercover as clients and went to a room at the Rodeway Inn on the 6100 block of South Orange Blossom Trail.[11]

- In 2013, Two Columbia residents arrested in connection with a nationwide child sex trafficking bust were denied bond Monday in federal court. The 16-year-old, whose picture appeared in an online ad on backpage.com, was allegedly used for prostitution on three days in hotels in Columbia and Hilton Head. The FBI has hotel receipts where Gibson paid cash for the room at Quality Inn at the time of the undercover operation, as well as a copy of his driver's license where he reserved the room.[12]

- In 2013, A runaway Mississippi teen has found herself caught in the middle of a South Alabama sex slavery ring.

---

[10] *Dothan man arrested for human trafficking a teenager*, WTVM news 9 (August 13, 2013), https://www.wtvm.com/story/23122332/dothan-man/

[11] Michael Williams, *Authorities: Man trafficked, beat underage girl*, Orlando Sentinel, https://digitaledition.orlandosentinel.com/tribune/article_popover.aspx?guid=15cb9583-a04b-4eba-a5e7-5e38eefb25f7

[12] *Two accused of sex trafficking children denied bond*, WIS News 10 (August 5, 2013), https://www.wistv.com/story/23048777/two-accused-of-sex-trafficking-children-denied-bond/

The girl, whom police say is over 15, was held against her will at the Quality Inn in Dothan.[13]

- In 2013, Milwaukee police are searching for a 34-year-old man believed to have kidnapped a homeless woman and forced her into prostitution. Reno took photos of her and posted them on an online site known to advertise prostitutes and forced her into prostitution at the Rodeway Inn in Milwaukee.[14]

- In 2013, Jerel Jackson, 28, allegedly operated a prostitution venture between May 2012 and July 2013 primarily out of motels in Philadelphia. In April 2013, Jackson drove her and three others to Dover, Del., where they worked out of a room at the Sleep Inn and Suites on N. Dupont Highway until their operation was shut down by local police, according to the affidavit. [15]

- In 2014, Charlotte-Mecklenburg Police have arrested three people on human trafficking charges. Officers were called out to the Quality Inn on Griffith Street a couple of days ago to investigate a complaint.[16]

- In 2014, A Houston County jury found a Tennessee man guilty on Thursday afternoon of human trafficking and giving drugs to a 17-year-old girl. Police were made aware of the case when the victim left the Quality Inn, where she said she was being held, and walked almost 8 miles to the Guest House Inn, where she was taken in by a patron there.[17]

---

[13] *Shock after man charged with human trafficking of girl in Dothan*, WSFA News 12 (August 13, 2013), https://www.wsfa.com/story/23118431/shock-after-man-charged-with-human-trafficking-of-girl-in-dothan/

[14] Ashley Luthern, *Milwaukee police search for man in kidnapping*, prostituting of woman, Milwaukee Journal Sentinel (August 2, 2013), https://archive.jsonline.com/news/crime/milwaukee-police-search-for-man-in-kidnapping-prostituting-of-woman-b9967520z1-218117721.html/

[15] Sam Wood, *Philly man faces charges of sex-trafficking by force*, The Inquirer (November 14, 2013), https://www.inquirer.com/philly/hp/news_update/Philly_man_faces_charges_of_sex-trafficking_by_force.html?outputType=amp

[16] *3 arrested on human trafficking charges in Charlotte*, WCNC News (May 30, 2014), https://www.wcnc.com/article/news/crime/3-arrested-on-human-trafficking-charges-in-charlotte/275-292839989

[17] *Man Guilty in Human Trafficking Case*, End Slavery Tennessee, (May 15, 2014), https://www.endslaverytn.org/news/man-guilty-in-human-trafficking-case-newsarticle

- In 2014, Two people arrested and charged with the human trafficking of 16 and 17-year-old girls at North Monroe Street hotels last week caught the eyes of the community and human trafficking experts, who say the case may be part of a larger enterprise in Tallahassee. In addition to the teens, two other violent confrontations at the Econo Lodge on North Monroe Street involved women working as prostitutes with Backpage ads.[18]

- In 2015, Three people are in custody following the discovery of drug and prostitution operations in Pooler, Georgia. Undercover Chatham-Savannah Counter Narcotics Team (CNT) agents conducted a search of two hotel rooms at the Econo Lodge hotel located at 500 East Highway 80 in Pooler, Georgia. The search resulted in the seizure of controlled substances, items commonly associated with drug use and distribution, items commonly associated with prostitution and various weapons.[19]

42.    Reviews of Choice Hotels branded properties, which upon information and belief Choice Hotels monitors regularly, also show the pervasiveness of sex trafficking at its branded properties and Choice Hotels knowledge of the same. For example:

- A TripAdvisor review from January 26, 2006, stated, "Hookers in the parking lot approaching members of our group.  When I complained, especially about the hookers, I was told there wasn't much they could do and they would 'pass on the complaints to the management.'"[20]

- A TripAdvisor review from September 18, 2012, stated, "Worst hotel ever…The smell of weed was horrible.  Smell came right

---

[18] Sean Rossman, *Arrests for sex trafficking 'tip of the iceberg' in Tallahassee*, Tallahassee Democrat (June 2, 2014), https://www.tallahassee.com/story/news/local/2014/06/02/sex-trafficking-arrests-tallahassee/9856065/

[19] *Multiple arrests in Pooler for drugs and prostitution*, WJCL News 22 (September 25, 2015), https://www.wjcl.com/article/multiple-arrests-in-pooler-for-drugs-and-prostitution/935100#

[20] https://www.tripadvisor.com/Hotel_Review-g34515-d17803954-Reviews-Quality_Inn_Suites_Downtown-Orlando_Florida.html

in our room from all the other rooms.  Hookers up and down the hallways…never again!"[21]

- A TripAdvisor review from January 21, 2012, stated, "During my stay here every time I would go outside I was approached by someone wanting to bum a cigarette or wanting to sell me or buy drugs.  The staff here are extremely rude to say the least.  When I questioned why all the drug dealers and prostitutes, I was told by a member of the hotel staff because business is slow…If you are a normal everyday person, and not a drug addict or a John looking to get laid you don't want to come here!!!"[22]

- A Yelp review from October 2, 2012, stated, "Great hotel, if you enjoy being propositioned by prostitutes.  Skid row's finest.  A real DUMP."[23]

- A TripAdvisor review from October 22, 2013, stated, "Don't go unless you are looking for 1 hour hotel! Cock roaches and used condoms were found in our room.  Hotel staff is obviously used to these complaints.  They simply asked, 'how many of them did you exactly find?' there were few drug addicts in the hotel!!!"[24]

- A TripAdvisor review from August 20, 2013, stated, "Two types of Hookers were offered by a pimp standing at the stairway (regular and tranny, whatever that means).  Also, there is a lot of weed being smoked in the area, so no need to buy any from the dealer who stood in the parking lot all night, just inhale in your room and you'll be high enough.  We did not feel safe since the pimp that hung around carried a gun visibly and told us, 'not to worry about anything, he had the area covered.'"[25]

---

[21] https://www.tripadvisor.ca/Hotel_Review-g34515-d85472-Reviews-Quality_Inn_Orlando_Near_Universal_Blvd-Orlando_Florida.html

[22] https://www.tripadvisor.ca/Hotel_Review-g34141-d84259-Reviews-Rodeway_Inn_Clearwater_Largo-Clearwater_Florida.html

[23] https://www.yelp.com/biz/days-inn-by-wyndham-sarasota-bay-sarasota

[24] https://www.tripadvisor.ca/Hotel_Review-g34515-d85472-Reviews-Quality_Inn_Orlando_Near_Universal_Blvd-Orlando_Florida.html

[25] https://www.tripadvisor.ca/Hotel_Review-g34515-d85472-Reviews-Quality_Inn_Orlando_Near_Universal_Blvd-Orlando_Florida.html

- A TripAdvisor review from October 25, 2012, stated, "This hotel is awful.  Between hookers running around, car alarms going off, people fighting and fussing, and the train that runs through here every night.  I PROMISE YOU WON'T GET ANY SLEEP.  It's pretty old and nasty.  I have no idea how their in business.  I'm assuming it's just for local hookers and drugs.  Stay far away from here!!!"[26]  *The Guest Relations Manager replied, "Please know that we have security on site to ensure the safety of our guests.  We do not promote illegal activities at our hotel.  If you or any other travelers are suspicious of guest behavior, we ask that you contact a member of our team immediately so that hotel security can investigate the situation."*

- A TripAdvisor review from January 5, 2013, stated, "Upon arriving back [at the hotel] our second night we were greeted by a woman of "dubious morals" (hooker" sitting outside waiting for her "date" to arrive, we assumed."[27]

- A TripAdvisor review from April 24, 2013, stated, "This was the most disgusting hotel I have ever had the misfortune of checking into.  I had come to Orlando to meet with my sister who was flying in from the UK…Checked in, and 30 minutes later checked out. This hotel had cockroaches, the room we were given was filthy, a visiting prostitute went to the room next door whilst we stood and watched."[28]

- An Expedia review form November 9, 2013, stated, "I would not recommend this hotel to my worst enemy.  The room next to me was being used to turn "tricks."  Drunk or drugged out guests were yelling during the night.  They were also running up and down the corridor beating on the doors at 4:00 in the morning.  Did not feel one bit safe at this hotel.  Actually checked out early and stayed somewhere else.  Never stay here."[29]

---

[26]https://www.tripadvisor.com/Hotel_Review-g54229-d275440-Reviews-Suburban_Extended_Stay_Hotel-Florence_South_Carolina.html

[27]https://www.tripadvisor.co/Hotel_Review-g34657-d231960-Reviews-Suburban_Extended_Stay_Hotel_Stuart-Stuart_Florida.html

[28]  https://www.tripadvisor.ca/Hotel_Review-g34515-d85472-Reviews-Quality_Inn_Orlando_Near_Universal_Blvd-Orlando_Florida.html

[29] https://www.expedia.com/Florence-Hotels-Suburban-Extended-Stay-Hotel.h911306.Hotel-Reviews

- An Expedia review from February 11, 2014, stated, "The price is nice for what we got the room for ($42/night) but honestly it wasn't worth it. I would of rather paid little more for a nicer place. First night we heard some prostitute arguing with some cheapskate guy and kicked him out her room and was crying. We were hardly at the room tho, which helped. It's a pretty sketchy hotel in my opinion."[30]

- An Expedia review from July 17, 2016, stated, "The only nice part was the pool, which was not clean…The hotel seemed to be a front of a drug cartel. The staff smiled at you but did not care about the quality of your stay. Someone tried to break into our room at 1 am. Scared the out of me and my family. Will never stay again…instead I will choose to sleep on the side of the road. DO NOT STAY HERE!"[31]

- A Google review from 2016, stated, "The place sucks. We had spiders under the sheets when pulled them off the bed. Would not recommend the place to anyone. Plus all the prostitution outside makes it even worse."[32]

- A Google review from 2016, stated, "AWFUL!!! Was extremely filthy. Smelled of mold and body odor. Early evening before dark when we checked in it seemed pretty quiet. As it got dark and later into night, the whole place seemed to fill up with prostitutes. Very loud."[33]

---

[30] https://www.expedia.com/Tampa-And-Vicinity-Hotels-Suburban-Studios-Airport.h885992.Hotel-Reviews

[31] https://www.expedia.com/Augusta-Hotels-Suburban-Extended-Stay-Hotel.h168338.Hotel-Reviews

[32]
https://www.google.com/travel/hotels/Suburban%206902%20W%20Hillsborough%20Ave,%20Tampa,%20FL%203
3634%20google/entity/CgsIx-
qG0bLw1cqSARAB/prices?g2lb=2502548,2503771,2503781,4258168,4270442,4284970,4291517,4306835,442919
2,4515404,4597339,4723331,4731329,4757164,4778035,4814050,4821091,4861688,4864715,4874190,4886082,48
86480,4892707,4893075,4902277,4905351,4905599,4926165,4926489,4931360,4935494,4936396,4937897,47061
553&hl=en-
US&gl=us&ssta=1&q=Suburban+6902+W+Hillsborough+Ave,+Tampa,+FL+33634+google&grf=EmQKLAgOEig
SJnIkKiIKBwjnDxAEGBISBwjnDxAEGBMgADAeQMoCSgcI5w8QARgfCjQIDBIwEi6yASsSKQonCiUweDg4
YzJjMjA2N2Q0M2FlZTE6MHg5Mjk1NTc4MzJhMjFiNTQ3&rp=EMfqhtGy8NXKkgEQx-
qG0bLw1cqSATgCQABIAcABAg&ictx=1

[33]
https://www.google.com/travel/hotels/Suburban%20Extended%20Stay%201900%20SE%20Federal%20Hwy,%20St
uart,%20FL%2034994/entity/CgsIv4-
a4ce0vJefARAB/reviews?g2lb=2502548,2503771,2503781,4258168,4270442,4284970,4291517,4306835,4429192,
4515404,4597339,4718358,4723331,4731329,4757164,4778035,4814050,4821091,4861688,4864715,4874190,487

- A TripAdvisor review from September 15, 2016, stated, "I've stayed in some BAD places before, but this hotel wins the prize for most nasty…Every night was a drunken Las Vegas type party outside our room, and the prostitutes basically ran the show…There is basically no maid service.  You have to ask them to clean your room…there are people fighting drunk outside every night, prostitutes running around in their underwear, you could smell marijuana coming out of every room, and drug dealers were running around asking folks what they wanted."[34]

- A Yelp review from April 2, 2016, stated, "By far this has been the worst hotel experience I've ever encountered.  Between the extremely loud drunks all night, the mass amounts of prostitution (I was asked by 3 if I wanted their services), the drug dealers everywhere (I was asked by 2 if I wanted to buy drugs).  All of these people were staying at your hotel.  I was originally going to stay for 16 days but do to all the above I was forced to change hotels.  This was supposed to be my vacation while visiting my kids before I go back out on deployment.  And the way they corrected this wrong doing is by emailing me a 'I'm sorry letter.'  This place need to be closed down."[35]

- A Google review from 2017, stated, "Hotel filled with hookers, drug dealers, drunks and awful rooms."[36]

---

9519,4886082,4886480,4893075,4902277,4905351,4905600,4906023,4906050,4920622,4926165,4926489,4930751,4930753,4931265,4934307,4936396,4937954,47061553&hl=en-US&gl=us&ssta=1&q=Suburban+Extended+Stay+1900+SE+Federal+Hwy,+Stuart,+FL+34994&grf=EmQKLAgOEigSJnIkKiIKBwjnDxACGBMSBwjnDxACGBQgADAeQMoCSgcI5w8QARgZCjQIDBIwEi6yASsSKQonCiUweDg4ZGVkZDBjNGM5ZGJhYTc6MHg5ZjJlZjFhNDdjMjY4N2Jm&rp=EL-PmuHHtLyXnwEQv4-a4ce0vJefATgCQABIAcABAg&ictx=1&sa=X&ved=2ahUKEwjLl_OO--P8AhXQkWoFHejJC8MQ4gl6BAh5EAU

[34] https://www.tripadvisor.com/Hotel_Review-g54229-d275440-Reviews-Suburban_Extended_Stay_Hotel-Florence_South_Carolina.html

[35] https://www.yelp.com/biz/suburban-extended-stay-hotel-florence

[36] https://www.google.com/travel/hotels/Suburban%20Extended%20Stay%201914%20W%20Lucas%20St,%20Florence,%20SC%2029501%20google/entity/CgoIs5OZ1oTbiY1aEAE/reviews?g2lb=2502548,2503771,2503781,4258168,4270442,4284970,4291517,4306835,4429192,4515404,4597339,4723331,4731329,4757164,4778035,4814050,4821091,4861688,4864715,4874190,4886082,4886480,4893075,4902277,4905351,4906023,4926165,4926489,4930751,4930752,4931360,4934343,4936396,4937897,47061553&hl=en-US&gl=us&ssta=1&q=Suburban+Extended+Stay+1914+W+Lucas+St,+Florence,+SC+29501+google&grf=EmQKLAgOEigSJnIkKiIKBwjnDxACGAESBwjnDxACGAIgADAeQMoCSgcI5w8QARgeCjQIDBIwEi6yASsSKQonCiUweDg4NTU2NjQ0Y2U1MGE1OWY6MHg1YTFhMjZkODRhYzY0OWIz&rp=ELOTmdaE24mNWhCzk5nWhNuJjVo4AkAASAHAAQI&ictx=1&sa=X&ved=2ahUKEwil7YSNwfD8AhXFyLsIHZ08ClMQ4gl6BAhmEAU

- A Google review from 2018, stated, "The worst, I left room after I found the 5th cock roach.  Hotel full of semi-permanent residents, prostitutes, and drug addicts…Can't believe this is a name brand hotel, do not stay here if you're driving by hit the gas and keep on going."[37]

- A Google review from 2018, stated, "Well what can I say about here…if your looking for drugs and prostitution delivered to your door, then look no further…So if you are looking for an overpriced pay by the night trap house, the Suburban is for you.  Good luck!"[38]

- A Google review from 2018, stated, "This place is absolutely disgusting! They have prostitutes and drug dealers renting rooms and running in and out all night long and they are very well aware of it, but do nothing about it except continue to rent them rooms day after day."[39]

---

[37]
https://www.google.com/travel/hotels/Suburban%20Extended%20Stay%201900%20SE%20Federal%20Hwy,%20Stuart,%20FL%2034994/entity/CgsIv4-
a4ce0vJefARAB/reviews?g2lb=2502548,2503771,2503781,4258168,4270442,4284970,4291517,4306835,4429192,
4515404,4597339,4718358,4723331,4731329,4757164,4778035,4814050,4821091,4861688,4864715,4874190,4879519,4886082,4886480,4893075,4902277,4905351,4905600,4906023,4906050,4920622,4926165,4926489,4930751,4930753,4931265,4934307,4936396,4937954,47061553&hl=en-
US&gl=us&ssta=1&q=Suburban+Extended+Stay+1900+SE+Federal+Hwy,+Stuart,+FL+34994&grf=EmQKLAgO
EigSJnIkKiIKBwjnDxACGBMSBwjnDxACGBQgADAeQMoCSgcI5w8QARgZCjQIDBIwEi6yASsSKQonCiUwe
Dg4ZGVkZDBjNGM5ZGJhYTc6MHg5ZjJlZjFhNDDjMjY4N2Jm&rp=EL-PmuHHtLyXnwEQv4-
a4ce0vJefATgCQABIAcABAg&ictx=1&sa=X&ved=2ahUKEwjLl_OO--P8AhXQkWoFHejJC8MQ4gl6BAh5EAU
[38]
https://www.google.com/travel/hotels/Suburban%20Extended%20Stay%201900%20SE%20Federal%20Hwy,%20Stuart,%20FL%2034994/entity/CgsIv4-
a4ce0vJefARAB/reviews?g2lb=2502548,2503771,2503781,4258168,4270442,4284970,4291517,4306835,4429192,
4515404,4597339,4718358,4723331,4731329,4757164,4778035,4814050,4821091,4861688,4864715,4874190,4879519,4886082,4886480,4893075,4902277,4905351,4905600,4906023,4906050,4920622,4926165,4926489,4930751,4930753,4931265,4934307,4936396,4937954,47061553&hl=en-
US&gl=us&ssta=1&q=Suburban+Extended+Stay+1900+SE+Federal+Hwy,+Stuart,+FL+34994&grf=EmQKLAgO
EigSJnIkKiIKBwjnDxACGBMSBwjnDxACGBQgADAeQMoCSgcI5w8QARgZCjQIDBIwEi6yASsSKQonCiUwe
Dg4ZGVkZDBjNGM5ZGJhYTc6MHg5ZjJlZjFhNDDjMjY4N2Jm&rp=EL-PmuHHtLyXnwEQv4-
a4ce0vJefATgCQABIAcABAg&ictx=1&sa=X&ved=2ahUKEwjLl_OO--P8AhXQkWoFHejJC8MQ4gl6BAh5EAU
[39]
https://www.google.com/travel/hotels/Suburban%20Extended%20Stay%201914%20W%20Lucas%20St,%20Florence,%20SC%2029501%20google/entity/CgoIs5OZ1oTbiY1aEAE/reviews?g2lb=2502548,2503771,2503781,4258168,4270442,4284970,4291517,4306835,4429192,4515404,4597339,4723331,4731329,4757164,4778035,4814050,4821091,4861688,4864715,4874190,4886082,4886480,4893075,4902277,4905351,4906023,4926165,4926489,4930751,4930752,4931360,4934343,4936396,4937897,47061553&hl=en-
US&gl=us&ssta=1&q=Suburban+Extended+Stay+1914+W+Lucas+St,+Florence,+SC+29501+google&grf=EmQK
LAgOEigSJnIkKiIKBwjnDxACGAESBwjnDxACGAIgADAeQMoCSgcI5w8QARgeCjQIDBIwEi6yASsSKQonCi

- A Google review form 2018, stated, "Awful experience…Checked out half hour after we checked in and still got charged for the night.  Drug dealing and sex trading going on out in the open."[40]

43.    The sampling of news stories and reviews from before the trafficking period establishes that, at the time Jane Doe (K.R.) was trafficked at the Suburban Orlando, Choice Hotels knew or should have known, at least the following:

    a. The use of its branded properties for sex trafficking was not limited to one location or geographic region but was a widespread problem;

    b. Commercial sex work occurring at its branded properties involved trafficking and compelled prostitution;

    c. Its franchisees and hotel staff were not taking reasonable steps to identify, report, and respond to known or probable sex trafficking occurring at its hotel properties;

---

UweDg4NTU2NjQ0YzU1MGE1OWY6MHg1YTFhMjZkODRhYzY0OWIz&rp=ELOTmdaE24mNWhCzk5nWh
NuJjVo4AkAASAHAAQI&ictx=1&sa=X&ved=2ahUKEwil7YSNwfD8AhXFyLsIHZ08ClMQ4gl6BAhmEAU

[40] https://www.google.com/travel/hotels/Suburban%20Extended%20Stay%201900%20SE%20Federal%20Hwy,%20Stuart,%20FL%2034994/entity/CgsIv4-
a4ce0vJefARAB/reviews?g2lb=2502548,2503771,2503781,4258168,4270442,4284970,4291517,4306835,4429192,
4515404,4597339,4718358,4723331,4731329,4757164,4778035,4814050,4821091,4861688,4864715,4874190,487
9519,4886082,4886480,4893075,4902277,4905351,4905600,4906023,4906050,4920622,4926165,4926489,493075
1,4930753,4931265,4934307,4936396,4937954,47061553&hl=en-
US&gl=us&ssta=1&q=Suburban+Extended+Stay+1900+SE+Federal+Hwy,+Stuart,+FL+34994&grf=EmQKLAgO
EigSJnIkKiIKBwjnDxACGBMSBwjnDxACGBQgADAeQMoCSgcI5w8QARgZCjQIDBIwEi6yASsSKQonCiUwe
Dg4ZGVkZDBjNGM5ZGJhYTc6MHg5ZjJlZjFhNDdjMjY4N2Jm&rp=EL-PmuHHtLyXnwEQv4-
a4ce0vJefATgCQABIAcABAg&ictx=1&sa=X&ved=2ahUKEwjLl_OO--P8AhXQkWoFHejJC8MQ4gl6BAh5EAU

d. Its efforts, if any, to stop facilitating sex trafficking in its branded properties were not effective; and

e. It was, by its acts and omissions, facilitating sex trafficking at its branded properties by providing venues where that trafficking was occurring widely and without sufficient detection or deterrence.

44. The news articles and reviews after Jane Doe (K.R.)'s trafficking period show that, despite the continually mounting evidence that sex trafficking at its properties was ongoing and growing, Choice Hotels did not change its course. Choice Hotels chose to continue earning revenue and profits from renting out space in their hotels as a venue for trafficking.

## IV. Sex Trafficking Was Prevalent and Obvious at Suburban Orlando

45. Choice Hotels and WHG SU Delegates, LLC also knew or should have known that sex trafficking was prevalent at the Suburban Orlando.

46. Choice Hotels and WHG SU Delegates, LLC knew that the Suburban Orlando was in a high-crime area with a past history of reports of sex trafficking.

47. Online reviews of Suburban Orlando, which upon information and belief were monitored by Choice Hotels and WHG SU Delegates, LLC, establish the nature of Suburban Orlando's role as a venue for sex trafficking:

- An Expedia review from August 15, 2015, stated, "too many hookers."[41]

- A TripAdvisor review from July 8, 2016, stated, "The worst place I have ever experienced. DANGEROUS PLACE!!! My husband got transferred to Orlando we decided to get an extended stay hotel until we could find a house. Pictures can and are deceiving. My husband stepped out the door to take a call and was propositioned twice in less than 10 minutes. Drug dealing/ using in the parking lot all night."[42] *Note: The Public Relations Manager replied, "Thank you for your candid review of your stay. We value your feedback and will use it to improve upon our guest experience. I'm very sorry for the experience you had at our hotel. Our guests safety is our number one concern, and we will address these concerns with the hotel management team."*

- An Expedia review from March 17, 2020, stated, "Cigarette odor in room at impossible levels. TV did not work. Refrigerator next to bed made noises all the time. Kids in scooters allowed in hallways. Prostitutes in the area."[43]

- An Expedia review from October 17, 2017, stated, "This place should be closed because of all the health violations. I even found on the stairs a syringe that was used by someone to get high. Plenty of people on high on drugs, some of them in the hallways."[44]

- An Expedia review from October 24, 2017, stated, "The staff was nice. The cockroaches we're polite. Even the mold/mildew smell that covered everything wasn't too bad.

---

[41]https://www.expedia.com/Orlando-Hotels-HomeTowne-Studios-By-Red-Roof-Orlando-South.h425424.Hotel-Reviews

[42]https://www.tripadvisor.com/Hotel_Review-g34515-d223741-Reviews-HomeTowne_Studios_by_Red_Roof_Orlando_South-Orlando_Florida.html.  Note: Choice Hotels responded to this review.

[43]https://www.expedia.com/Orlando-Hotels-HomeTowne-Studios-By-Red-Roof-Orlando-South.h425424.Hotel-Reviews

[44]https://www.expedia.com/Orlando-Hotels-HomeTowne-Studios-By-Red-Roof-Orlando-South.h425424.Hotel-Reviews

However, the pimps and drug dudes knocking on your door all Saturday night were down right rude."[45]

- A Yelp review from October 30, 2018, stated, "I couldn't go outside to the car by myself after the first few times I was asked to buy drugs while others were asking me to have sex in exchange for payment in drugs or money."[46]

- An Expedia review from February 23, 2018, stated, "The room was dirty and I just didn't feel safe. I saw very young children outside playing unattended late at night and some activity with multiple women in and out... concerning. It honestly made me suspect prostitution."[47]

- A Yelp review from February 15, 2019, stated, "WELL I HAVE BEEN HERE FOR A WHILE PAYING 309 A WEEK. I JUST RECEIVED AN INCREASE TO 419 A WEEK. This is ridiculously unfair. The hookers and dealers only need to work an extra hour or so to make up the money. Meanwhile hard working people have NO way to make it up. Obviously this is managements way of getting rid of people. Meanwhile the only one leaving are hard working people and families. UNFAIR to say the least."[48]

- A Yelp review from April 29, 2019, stated, "Please read the reviews before staying at this hotel. It's a total shit hole. Roaches and dealers and hookers everywhere. I slept on a towel that i brought from my car to avoid touching the sheets. There was even splatters of blood on the wall and the lock on the door of my room was busted. Really should have brought a can of raid with me. Should've taken the 10 people in the office demanding a refund when i checked in as a sign."[49]

---

[45]https://www.expedia.com/Orlando-Hotels-HomeTowne-Studios-By-Red-Roof-Orlando-South.h425424.Hotel-Reviews

[46] https://www.yelp.com/biz/hometowne-studios-orlando-south-orlando-2

[47] https://www.expedia.com/Orlando-Hotels-HomeTowne-Studios-By-Red-Roof-Orlando-South.h425424.Hotel-Reviews

[48] https://www.yelp.com/biz/hometowne-studios-orlando-south-orlando-2

[49] https://www.yelp.com/biz/hometowne-studios-orlando-south-orlando-2

- A Yelp review from February 18, 2019, stated, "It was really horrendous. It's a motel where people actual live in (nothing wrong with that but it does affect the quality of life when they're prostitutes in the parking lot and dope fiends scattered around the area!) I would of slept in my car if I wasn't worried about the people roaming around the complex. DO NOT STAY HERE!"[50]

- A TripAdvisor review from December 31, 2019, stated, "You've gotta understand. I hate leaving bad reviews on things. But I've stayed in tents out in the desert before and that experience was infinitely better then staying here. I saw needles on the ground. I saw several used condoms on the ground. There also seem to be a lot of children out there which, while isn't really bad in and of itself, was rather jarring next to the needles and the trash piling up in the outer halls."[51] *Note: The General Manager replied, "We apologies you feel this way about the property and the rooms. We will look into these issues and correct them immediately."*

- A Google review from 2019, stated, "Hotel is a cesspool for drug dealers as the hallways reek of the smell. Stood out side and watched 8 men wait for a dealer to come to his room. They piled in for 10 minutes a piece and left with a bag each, some even smoking on the way out."[52]

- An Expedia review from June 25, 2019, stated, "I would not stay here ever didn't stay this time either. Very unsafe place for a family!! The door to the room wouldn't close. Strong smell of drugs and what appeared to be prostitutes Hanging

[50]https://www.yelp.com/biz/hometowne-studios-orlando-south-orlando-2
[51] https://www.tripadvisor.com/Hotel_Review-g34515-d223741-Reviews-
HomeTowne_Studios_by_Red_Roof_Orlando_South-Orlando_Florida.html
[52]

https://www.google.com/travel/hotels/Hometowne%20Studios%209435%20Delegates%20Dr,%20Orlando,%20FL
%2032837%20google/entity/CgsIuK_lgK2IwMulARAB/prices?g2lb=2502548,2503771,2503781,4258168,4270442
,4284970,4291517,4306835,4429192,4515404,4597339,4723331,4731329,4757164,4778035,4814050,4821091,486
1688,4864715,4874190,4886082,4886480,4893075,4902277,4905351,4906019,4926165,4926489,4931360,493434
4,4936396,4937897,4940606,4942346,47061553&hl=en-
US&gl=us&ssta=1&q=Hometowne+Studios+9435+Delegates+Dr,+Orlando,+FL+32837+google&grf=EmQKLAg
OEigSJnIkKiIKBwjnDxAEGAMSBwjnDxAEGAQgADAeQMoCSgcI5w8QARgfCjQIDBIwEi6yASsSKQonCiUw
eDg4ZTc3ZDMxOTE4M2UxMGI6MHhhNTk3MDA0MmQwMTk1N2I4&rp=ELiv5YCtiMDLpQEQuK_lgK2Iw
MulATgCQABIAcABAg&ictx=1

around the area. I had to beg plus get hotel com to call several different times to get my money back. Manger Tonya Hill wouldn't even come talk to me about what was the problem. Overall a horrible Place to stay. Hotels.com was amazing they finally got them to give my money back thanks hotels.com."[53]

- An Expedia review from September 5, 2019, stated, "Not for families or for anyone who isn't looking to get into trouble. Drugs and ladies of the night fill this place up at night. Disgusting. Bugs in the rooms. DO NOT BOOK HERE, pictures are deceiving."[54]

- An Expedia review from October 23, 2019, stated, "This hotel was the worst hotel I have stayed in... the whole room was rusty, the room door wouldn't shut all the way, the AC didn't work at all throughout the night, and they was a female escort asking for services in the parking lot. I will never stay there again."[55] *Note: The Staff replied, "THANK YOU FOR YOUR FEED BACK. WE WILL BE ADDRESSING YOUR CONCERNS."*

- A Yelp review from May 5, 2020, stated, "This was the worst hotel stay in my entire life. The toilet was clogged everyday, housekeeping only came once for my 4 week stay, my children had to hear pimps beating up their prostitutes at night, a man was beat up in the hallway the day before we left, we heard gunshots in the corridor on two occasions, we had to bring our linens ourself to the front office in order to get fresh linens, the customer service attendants were rude and with horrible attitudes, so much loitering at night with no security in sight, people smoking cigarettes and weed on the premises, we found a bed bug in the bathroom, majority of the tenants did not wear corona virus masks, women with decrepit clothing and green, purple, pink hair soliciting for sex on the premises, hallways and elevator were dirty,

---

[53] https://www.expedia.com/Orlando-Hotels-HomeTowne-Studios-By-Red-Roof-Orlando-South.h425424.Hotel-Reviews

[54] https://www.expedia.com/Orlando-Hotels-HomeTowne-Studios-By-Red-Roof-Orlando-South.h425424.Hotel-Reviews

[55] https://www.expedia.com/Orlando-Hotels-HomeTowne-Studios-By-Red-Roof-Orlando-South.h425424.Hotel-Reviews

garbage all over the place, elevator and hallways smelled like urine, my son witnessed men hanging out in the stairwell doing gang signs! You need a gun for protection to stay at this place. I will never return."[56]

- A Kayak review from November 2020, stated, "That was the worst place I stay in my life room was dirty I found drugs in the room the tv never worked I called the front desk and ask if she could change my room she told me no woman were selling them self for sex smh they need to shut that place down if a family with kids rent that room and the baby eats the drugs smh ðŸ¤¦â€□â™,ï¸□ sad really shut it down and put a real hotel there .send me my money back had to sleep with the light on if not a 1000 bugs came out The drugs hoes and it being dirty and bugs."[57]

- A Google review from 2020, stated, "Worst place you can ever spend your Hard earned money .... You share the rooms with roaches , have to be careful while walking in and out of your Room You wont get robbed ... Drug dealers and addicts all around .... it was just the worst experience ever."[58]

- An Expedia review from August 20, 2020, stated, "Before entering the first room I tried I was approached by a prostitute. First two rooms were absolutely disgustingly dirty. Third and last room I tried was the same level of dirty but had roaches everywhere. Sheets were dirty in every room. In one room one of the pillows had a dirty shoe print on it facing upwards so it's clear that they do not care about anything there except for your money. I didn't get a refund and I did not stay there. Ended up spending three times as

---

[56] https://www.yelp.com/biz/hometowne-studios-orlando-south-orlando-2

[57] https://www.kayak.com/Orlando-Hotels-HomeTowne-Studios-Orlando-South.4076792.ksp

[58]
https://www.google.com/travel/hotels/Hometowne%20Studios%209435%20Delegates%20Dr,%20Orlando,%20FL%2032837%20google/entity/CgsIuK_lgK2IwMulARAB/prices?g2lb=2502548,2503771,2503781,4258168,4270442,4284970,4291517,4306835,4429192,4515404,4597339,4723331,4731329,4757164,4778035,4814050,4821091,4861688,4864715,4874190,4886082,4886480,4893075,4902277,4905351,4906019,4926165,4926489,4931360,4934344,4936396,4937897,4940606,4942346,47061553&hl=en-US&gl=us&ssta=1&q=Hometowne+Studios+9435+Delegates+Dr,+Orlando,+FL+32837+google&grf=EmQKLAgOEigSJnIkKiIKBwjnDxAEGAMSBwjnDxAEGAQgADAeQMoCSgcI5w8QARgfCjQIDBIwEi6yASsSKQonCiUweDg4ZTc3ZDMxOTE4M2UxMGGI6MHhhNTk3MDA0MmQwMTk1N2I4&rp=ELiv5YCtiMDLpQEQuK_lgK2IwMulATgCQABIAcABAg&ictx=1

much at Wyndham at Disney Springs but that room was great!"[59] *Note: The General Manager replied, "We are sorry your stay did not meet your needs. We care very much about our guest and If you did not received a refund, I am sure there is a reason as to why you have not received it."*

- A Booking.com review from July 26, 2020, stated, "Negative: Drug dealers prostitutes rooms broken into rooms that don't lock."[60] *Note: The hotel replied, "I will look into these claims of yours and address to get this corrected."*

- A Kayak review from March 2021, stated, "Location Drug addicts everywhere! Dirty room! Bathroom disgusting! Roaches!"[61]

- A Kayak review from June 2021, stated, "Nothing I usually do not write any kind of reviews but I feel compelled to warn people about this hotel. 1. Pictures do not match the real conditions of the hotel. Rooms and furniture are old. Bathroom is rusty and tainted. Floor is dirty. The weed's smell is pervasive. 2. This is not really a hotel for tourists, it is more like a extended stay motel. As soon as you arrive you notice there is people that looks that live there, must likely drug dealers, prostitutes, etc. The two days I stayed here I was worried about my safety. 3. PLEASE READ THE REVIEWS BEFORE BOOKING THIS HOTEL."[62]

- A Booking.com review from March 8, 2021, stated, "Positive: Location|Negative: Drug addicts everywhere! Dirty room! Bathroom disgusting! Roaches!"[63] *Note: The hotel replied, "We appreciate your feedback on letting us know how we can improve our services. We are truly sorry to hear we did not meet or exceed your expectations. Please note we are addressing these issue as we want our guest to enjoy staying with us, we will continue to get better and hopefully one day we may earn your business again the future."*

---

[59] https://www.expedia.com/Orlando-Hotels-HomeTowne-Studios-By-Red-Roof-Orlando-South.h425424.Hotel-Reviews
[60] https://www.booking.com/hotel/us/hotel-delegates-drive-orlando.html
[61] https://www.kayak.com/Orlando-Hotels-HomeTowne-Studios-Orlando-South.4076792.ksp
[62] https://www.kayak.com/Orlando-Hotels-HomeTowne-Studios-Orlando-South.4076792.ksp
[63] https://www.booking.com/hotel/us/hotel-delegates-drive-orlando.html

- A Booking.com review from March 2021, stated, "Positive: I am super upset with BOOKING. I don't know how you guys can work with that place|Negative: Is the most scared place the front desk people very rude , the room smell super bad at night we couldn't sleep prostitutes in my door talking about their business very loud, my husband found cockroaches , we shouldn't stay there but we couldn't have another option because we had a flight connection but they price is not worth it , I was scared that night , please stop working with that hotel , just check the reviews on google."[64] *Note: The hotel replied, "We appreciate your feedback on letting us know how we can improve our services. We are truly sorry to hear we did not meet or exceed your expectations. Please note we are addressing these issue as we want our guest to enjoy staying with us, we will continue to get better and hopefully one day we may earn your business again the future."*

- A Yelp review from January 10, 2022, stated, "It's a dump with drugs and thugs living there... I am retired law enforcement, and while I wasn't scared to stay here, the place is full of people on government money living and hanging out here. I expect the room to at least look like the pictures they put online, not some beat up bug/roach infested junk hole."[65]

- A Kayak review from March 22, 2022, stated, "When I go t there they said they had to run my credit card gain but Booking.com had already charged my CC so I said no and left. While I was there it seemed like hookers and prostitutes were coming in and out - utterly disgracefully place."[66]

48.    Defendants also knew or should have known about the sex trafficking pervasive at the Suburban Orlando based on first-hand

---

[64] https://www.booking.com/hotel/us/hotel-delegates-drive-orlando.html
[65] https://www.yelp.com/biz/hometowne-studios-orlando-south-orlando-2
[66] https://www.kayak.com/Orlando-Hotels-HomeTowne-Studios-Orlando-South.4076792.ksp

observations. Hotel staff observed this activity and, upon information and belief, Choice Hotels and WHG SU Delegates, LLC observed this activity through surveillance footage and/or during inspections of the hotel property. Apparent indicia of sex trafficking at Suburban Orlando included:

a.  There was a frequent flow of males, who were not guests of the hotel, in and out of rooms after brief stays.

b.  There was an area of the hotel that staff informally designated for traffickers, drugs, and prostitution.

c.  There was a population of regular traffickers who were known to the staff and who routinely made specific requests, such as requesting rooms next to exit doors, requesting adjoining rooms with those being sexually exploited, and requesting to be in the same area of the hotel as other traffickers.

d.  Rooms used by the traffickers were regularly observed to be messy, to contain excessive sex and drug paraphernalia, and to have an unclean smell.

e.  The trafficking victims had visible tattoos that indicated "branding" by their traffickers;

f. Based upon information and belief, between January 1, 2011, and December 31, 2013, there were 433 calls for service at Suburban Orlando. Of those calls;

   i. At least 14 calls for service regarding Burglary of Habitation or Vehicle;

   ii. At least 7 calls for service regarding Aggravated Assault/Battery or Armed Robbery;

   iii. At least 7 calls for service regarding Battery, Assaults, or Threats;

   iv. At least 1 calls for service regarding kidnapping;

   v. At least 4 calls for service regarding Felony Drugs;

   vi. At least 28 calls for service regarding a Rescue;

   vii. At least 38 calls for service regarding Trespass;

   viii. At least 47 calls for service regarding Verbal Disturbance;

49. The traffickers, including Jane Doe (K.R.)'s trafficker, operated with little regard for concealment.. Traffickers, including Jane Doe (K.R.)'s trafficker operated openly, as they had found a venue where they could conduct their operations without disruption from Defendants.

50. The nature of this trafficking activity is confirmed by the fact that multiple guests noticed the activity and made reports or complaints about the

activity. Defendants failed to take reasonable steps in response to these reports or complaints.

**V.   It was Apparent and Obvious that Jane Doe (K.R.) was Being Trafficked at Suburban Orlando**

51.    During the twelve-week period that Jane Doe (K.R.) was trafficked at Suburban Orlando, it was apparent she was the victim of sex trafficking.

52.    Because it was known among the community of traffickers that staff at the Suburban Orlando turned a blind eye to sex trafficking, Jane Doe's trafficker made little or no effort to disguise his role or his actions.

53.    During interactions with the front desk staff at Suburban Orlando, Jane Doe (K.R.) and her trafficker exhibited numerous signs of trafficking, including:

> a. Jane Doe (K.R.) did not have access to her identification card, which was controlled by her trafficker;
>
> b. Jane Doe's (K.R.) would pay for rooms with cash;
>
> c. Jane Doe and her trafficker would stay for an extended period but would pay on a day-to-day basis;
>
> d. Jane Doe (K.R.) and her traffickers would arrive and book a room for an extended period of time but have little or no luggage with them;

e. Jane Doe (K.R.)'s trafficker made Jane Doe (K.R). make specific requests regarding their rooms, such as requesting that they be located at the back of the property, that the rooms be near each other but not adjoining, or that they be put in an area of the hotel that was known to be used for drugs, prostitution, and trafficking;

f. Jane Doe (K.R.)'s trafficker brought her back to the Suburban Orlando repeatedly, and Jane Doe (K.R.) often encountered the same staff members. These staff members, including management level employees, observed Jane Doe (K.R.)'s physical deterioration caused by her trafficker's abuse;

54. While in the common areas of the hotel, Jane Doe (K.R.) exhibited additional  signs of trafficking that were observed by hotel staff, including:

a. Jane Doe (K.R.) had limited access to clothing and would be forced to wear clothing that was tattered, inappropriate for the weather, sexually suggestive, and inappropriate for her and age the circumstances;

b. Jane Doe (K.R.) appeared malnourished;

c. Jane Doe had visible bruises;

d. Jane Doe (K.R.)'s demeanor showed obvious signs of fear and anxiety;

e. Jane Doe (K.R.), who was kept in a drugged state by her traffickers, exhibited obvious signs of disorientation and impairment.

f. Jane Doe (K.R.) was frequently yelled at by her trafficker in a way that could be heard by customers and staff;

g. Jane Doe (K.R.) would frequently exit the hotel crying while with her trafficker;

55. Hotel staff observed the following signs of activity directly related to the trafficking of Jane Doe (K.R.):

a. There was constant and heavy foot traffic in and out of Jane Doe (K.R.)'s room involving men who were not hotel guests. Jane Doe (K.R.) had approximately five (5) to seven (7) men per day exploiting her at Suburban Orlando;

b. Men sexually exploiting Jane Doe (K.R.) entered and left her room at unusual times and stayed for brief periods;

56. Hotel staff observed Jane Doe (K.R.)'s room, which showed the recognized signs of sex trafficking:

a. Jane Doe (K.R.)'s traffickers would decline room service for several consecutive days;

b. Jane Doe (K.R.)'s' traffickers would order or require Jane Doe to order additional towels and sheets at varying times of the day or night door;

c. Staff would hear sounds of abuse, physical violence, screaming, and crying coming from Jane Doe (K.R.)'s room;

d. Hotel staff would enter Jane Doe's room to find it littered with used condoms left behind.

57. Multiple employees at the Suburban Orlando, including management level employees, observed and/or were made aware of these signs of trafficking while acting within the scope and course of their employment.

## VI.   WHG SU Delegates, LLC Could Have Stopped Jane Doe's Trafficking But, Instead, Facilitated It

58. WHG SU Delegates, LLC is responsible for the acts and omissions of all employees of the Suburban Orlando because these acts and omissions were committed in the scope and course of employment and because WHG SU Delegates, LLC failed to exercise reasonable care with regard to the hiring, training, and supervision of these employees given the risks, known to Franchisee, of human trafficking occurring in the Suburban Orlando.

59. WHG SU Delegates, LLC, including through the staff at Suburban Orlando, had an opportunity to and did observe the signs of  widespread sex

trafficking in the Suburban Orlando and, despite this, allowed this activity to continue unabated.

60.    WHG SU Delegates, LLC, including through the staff at Suburban Orlando, had an opportunity to and did observe obvious signs that Jane Doe (K.R.) was being sex trafficked such that WHG SU Delegates, LLC knew or should have known that Jane Doe (K.R.) was being sex trafficked at the Suburban Orlando. Nonetheless, WHG SU Delegates, LLC took no steps in response to these signs and, instead, continued providing assistance to her trafficker.

61.    WHG SU Delegates, LLC facilitated Jane Doe (K.R.)'s trafficking at the Suburban Orlando through numerous acts and omission, including:

a. WHG SU Delegates, LLC allowed traffickers to reserve rooms while maintaining relative anonymity and non-traceability;

b. WHG SU Delegates, LLC failed to report suspected trafficking activity  according to reasonable practices, industry standards, and/or applicable policies;

c. Despite seeing obvious signs of distress, WHG SU Delegates, LLC failed to take any steps to inquire about the welfare of Jane Doe (K.R.).

    d. WHG SU Delegates, LLC continued to rent rooms to traffickers, including Jane Doe (K.R.)'s traffickers, despite the observed signs of trafficking;

    e. WHG SU Delegates, LLC failed to take reasonable steps to hire, train and supervise staff to properly detect and respond to sex trafficking at Suburban Orlando;

    f. WHG SU Delegates, LLC enabled traffickers to access ancillary services that supported trafficking activities, such as providing Wi-Fi access they used to advertise commercial sex services, furnishing an unusually large number of sheets and towels to facilitate the commercial sex acts, and providing disproportionate housekeeping services necessary to clean up the paraphernalia left after the transactions related to commercial sex.

62. By ignoring or remaining willfully blind to obvious signs of trafficking, WHG SU Delegates, LLC assisted traffickers by providing them a venue, with the cover of a legitimate business, where they could conduct their trafficking activities without having to expend significant efforts to avoid detection or interference.

**VII.    Choice Hotels Retained Control Over Relevant Aspects of Operations at Suburban Orlando and Thus Had Both the Opportunity and Duty to Prevent Sex Trafficking at Suburban Orlando, including Jane Doe (K.R.)'s Trafficking.**

63.    Choice Hotels retained control over the details and methods of aspects of the operation of the Suburban Orlando that are directly relevant to the proliferation of sex trafficking at that property. As a result of this retained control and its direct involvement, Choice Hotels participated in a venture with sex traffickers who were using the Suburban Orlando as a venue for their trafficking. Moreover, as a result of this retained control, Choice Hotels had both the opportunity and the duty to prevent Jane Doe (K.R.)'s trafficking.

64.    Choice Hotels retained control over the training of the staff of the Suburban Orlando regarding human trafficking and ways to detect and respond to signs of human trafficking. Effective training and education are the most important tools to prevent use of hotel facilities for sexual exploitation and human trafficking. If Choice Hotels had exercised reasonable diligence in providing training, Choice Hotels would have prevented the Suburban Orlando from being used to facilitate obvious and apparent sex trafficking, including the trafficking of Jane Doe (K.R.) By failing to take reasonable steps to provide appropriate training, despite the overwhelming evidence it had of an ongoing problem with use of its branded properties for sex trafficking, Choice Hotels was negligently facilitating sex trafficking.

65.    Beyond training, Choice Hotels also retained control over the response of its hotels to human trafficking, including development of policies and procedure regarding detection of and response to human trafficking. By retaining control in this area, Choice Hotels assumed a legal duty to the patrons and guests of its hotels. By failing to exercise reasonable diligence in discharge of this duty, Choice Hotels facilitated sex trafficking, including the sex trafficking of Jane Doe (K.R.), in its hotels.

66.    At the heart of Defendants' venture with traffickers (including Jane Doe (K.R.)'s trafficker) is the reservation of hotel rooms. Upon information and belief, Choice Hotels retained control over the details of reservations at the Suburban Orlando, including controlling the online reservation system that WHG SU Delegates, LLC was required to use, providing software systems WHG SU Delegates, LLC had to use to check guests in and charge for rooms, controlling the prices of rooms, setting all details of the customer loyalty program that WHG SU Delegates, LLC was required to implement, and setting detailed policies for things such as payment methods and requirements to show identification. Because reservations and payments were processed through its systems, Choice Hotels had access to guest and payment information. Choice Hotels thus directly participated, through its acts and omissions, in reserving rooms to traffickers, including Jane Doe (K.R.)'s traffickers. If Choice Hotels had used reasonable diligence in

setting, implementing, and enforcing appropriate policies, it would have detected Jane Doe (K.R.)'s trafficking and/or prevented Jane Doe (K.R.)'s trafficker from using a room to exploit Jane Doe (K.R.) By failing to exercise reasonable diligence in discharge of this duty, Choice Hotels facilitated sex trafficking, including the sex trafficking of Jane Doe (K.R.), in its hotels.

67.    Choice Hotels also retained control over issues related to reporting security and criminal activity, including human trafficking activity. Based on Choice Hotels retained control over this area, it knew or—with reasonable diligence in implementing and enforcing its own policies —should have known that Jane Doe (K.R.) was being trafficked. By failing to exercise reasonable diligence in discharge of this duty, Choice Hotels facilitated sex trafficking, including the sex trafficking of Jane Doe (K.R.), in its hotels.

68.    On information and belief, Choice Hotels also retained control over property-specific data and customer data from the Suburban Orlando—which it obtained by controlling the means and methods by which WHG SU Delegates, LLC recorded, stored, and reported that data—such that it knew or should have known  about the ongoing trafficking that was occurring at the Suburban Orlando during the time Plaintiff was trafficked there. However, on information and belief, Choice Hotels was recklessly blind to this data and continued to facilitate trafficking at the Suburban Orlando by providing a

venue—and associated services—where traffickers could profit from sexual exploitation with minimal risk of disruption.

69.    Choice Hotels also retained control over the security of the Suburban Orlando through various means including  accepting and reviewing customer complaints, and inspecting the Suburban Orlando. It also collected data regarding hotel operations and customers, including names, payment information, reservation history, browsing data, and other details associated with their stay. Because Choice Hotels retained this control, it had a duty to the patrons and visitors to the Suburban Orlando. If Choice Hotels had exercised reasonable care in the discharge of this duty, it would have detected and known about Jane Doe (K.R.)'s trafficking and avoided facilitating it. By failing to exercise reasonable diligence in discharge of this duty, Choice Hotels facilitated sex trafficking, including the sex trafficking of Jane Doe (K.R.), in its hotels.

70.    Choice Hotels also retained control over the safety and security of the experience at its branded properties by setting up systems for customers to report issues to Choice Hotels rather than WHG SU Delegates, LLC. Despite doing this, Choice Hotels failed to act reasonably in response to complaints about criminal activity and sex trafficking at its properties, including the Suburban Orlando. If Choice Hotels had acted reasonably and prudently in monitoring and responding to customer complaints, it would have reduced the

rampant sex trafficking in its branded properties and would not have facilitated Jane Doe (K.R.)'s sex trafficking.

71. Choice Hotels required WHG SU Delegates, LLC to offer internet service to guests at the Suburban Orlando and retained control over the details of that internet service and policies regarding its use. Upon information and belief, Choice Hotels required WHG SU Delegates, LLC to use a particular platform, set policies, and retained access to data regarding guests' use of wi-fi. Choice Hotels knew or should have known that sex traffickers used the internet to facilitate trafficking by advertising victims' commercial sex services. Choice Hotels retained control over internet service and ultimately failed to enact policies to prevent Jane Doe (K.R.)'s trafficker from advertising commercial sex activity online and could have, with reasonable diligence, used tools to determine when its hotel and wi-fi were being used to facilitate unlawful sexual exploitation.

72. Based on public reporting, investigations, criminal incidents, hotel reviews and comments, and direct reporting from WHG SU Delegates, LLC, Choice Hotels had actual or constructive knowledge of pervasive sex trafficking throughout its owned hotel properties generally. Choice Hotels through its acts and omissions, knowingly received financial benefits from activity at its branded hotels, including Suburban Orlando, that Choice Hotels knew or should have known was unlawful sex trafficking.

73. If Choice Hotels had acted reasonably, in compliance with industry standards, in compliance with its own promises, and/or in compliance with its own policies and procedures, Jane Doe (K.R.)'s trafficking would have been prevented.

## VIII. Choice Hotels Exercised Pervasive Control over WHG SU Delegates, LLC, which is therefore Choice Hotels' Agent.

74. In addition to Choice Hotels' direct involvement in the venture through the means outlined above, Choice Hotels also participated in the venture through the acts and omissions of WHG SU Delegates, LLC, which is Choice Hotels' actual agent for the purpose of operating the Suburban Orlando.

75. Upon information and belief, Choice Hotels exercised systemic and pervasive control over WHG SU Delegates, LLC's operation of the Suburban Orlando, including the methods and details of WHG SU Delegates, LLC's work, through ways including:

    a. controlling and requiring franchisees to use a reservation and marketing system;

    b. controlling and requiring franchisees to use a credit process system

    c. dictating policies regarding forms of payment;

    d. setting prices and imposing required discounts on franchisees;

e.  requiring them to participate in a franchisee association;

f.  setting wages;

g.  making or influencing employment decisions;

h.  requiring standardized training for hotel employees

i.  requiring franchisees to permit Choice to install a data transport system to allow Choice to collect information about all hotel transactions;

j.  requiring franchisees to collect guest data using Franchisor's systems, to compile reports, and to make that data available to Franchisor.

k.  Controlling what vendors franchisees use to purchase goods and services by designating qualified vendors.

l.  Serving as a liaison between franchisees and qualified vendors.

m. Requiring WHG SU Delegates, LLC to comply with standards, policies, and rules adopted by Choice Hotels on human trafficking, cybersecurity, guest preferences, reward programs, internet access, hotel furniture, amenities, food and beverage, cleanliness, or other hotel brand related policies published and communicated via property management systems, Wi-Fi qualifications and/or Wi-Fi

qualified service providers, language and policy used on internet landing pages, thresholds for cybersecurity, filtering and/or other guest internet protections, systems used to monitor customer reviews and responses, and other systems related to the daily operations at the Suburban Orlando.

76. Choice Hotels did not merely identify quality or outcome standards. Instead, it specifically directed the means and methods that WHG SU Delegates, LLC and the staff at the Suburban Orlando property should use for day-to-day operations and dictated many of the core tools that WHG SU Delegates, LLC was required to use to conduct those operations, including the means and methods of operations that directly caused Jane Doe (K.R.)'s damages.

77. Upon information and belief, Choice Hotels had the right to and actually did enforce its control over WHG SU Delegates, LLC through various methods including:

    a. Employing "Field Agents" to directly supervise and manage franchisees;

    b. Inspections of the Suburban Orlando;

    c. Monitoring or auditing the WHG SU Delegates, LLC for compliance with policies and expectations;

  d. Directing WHG SU Delegates, LLC to take specific steps to come into compliance with detailed and exacting standards;

  e. Mandating training and education;

  f. Imposing monetary penalties on franchisees based on negative hotel reviews;

  g. The right to terminate the franchise agreement;

78. Choice Hotels is vicariously liable for the acts and omissions of its agent, WHG SU Delegates, LLC, and any sub-agents or employees of WHG SU Delegates, LLC with respect to operation of the Suburban Orlando.

## IX. Defendants Knowingly Benefited From Participation in a Venture They Knew Or Should Have Known Was Engaged In Sex Trafficking

79. In ways described more fully above, Choice Hotels and WHG SU Delegates, LLC knowingly received a financial benefit from participating in a venture with what they knew or should have known was sex traffickers, including Jane Doe (K.R.)'s sex trafficker, as follows:

  a. Sex traffickers, including Jane Doe (K.R.)'s sex trafficker, frequently used Suburban Orlando for their trafficking because they knew that staff members would look the other way. This occurred because Choice Hotels and WHG SU Delegates, LLC had (1) failed to adopt and enact policies to effectively detect sex trafficking and stop use of their facilities to facilitate that

trafficking;   (2) failed to use reasonable care when hiring, retaining, supervising, and training staff at the Suburban Orlando; and (3) affirmatively adopted policies and procedures that allowed sex trafficking to flourish.

b. Both Choice Hotels and WHG SU Delegates, LLC participated in this venture by acting jointly to rent rooms to traffickers. WHG SU Delegates, LLC provided "boots on the ground" for reservations, and Choice Hotels retained control over reservation systems and applicable policies and guidelines as further described in this Complaint. They participated in the venture by continuing to rent rooms to Jane Doe (K.R.)'s traffickers long after they knew or should have known that Jane Doe (K.R.) was being subjected to unlawful trafficking.

c. Defendants did not only provide these traffickers with a physical space but also with the cover of a legitimate business as a venue where they could profit from sexual exploitation with a low-risk of disruption. This was done pursuant to an implicit understanding with Defendants, which is evidenced by, among other things:

- Jane Doe (K.R.)'s trafficker took no steps to conceal their activities from the staff at the Suburban Orlando but, instead, freely made requests that would facilitate their

trafficking activities without concern for detection or interference by that staff;

- Despite policies and/or industry standards to the contrary, Defendants allowed traffickers to take steps that would minimize their traceability to law enforcement, such as accepting cash payments, not requiring the identification card of the individual actually paying for the room;

d. Both Choice Hotels and WHG SU Delegates, LLC participated in this venture by providing additional services to traffickers (including Jane Doe (K.R.)'s traffickers), including but not limited to, internet access, excessive towels, and extra housekeeping services to clean the activities of the trafficking venture once the traffickers vacated the rooms.

e. Defendants' venture with traffickers resulted in revenue from room rentals and other incidental purchases by traffickers, including Jane Doe (K.R.)'s trafficker, which accrued to the benefit of both Choice Hotels and WHG SU Delegates, LLC. Each room rented at Suburban Orlando increased revenue for both Choice Hotels and WHG SU Delegates, LLC.

80.     Choice Hotels also knowingly received a financial benefit by engaging in a venture with WHG SU Delegates, LLC operating the Suburban Orlando despite the fact that Choice Hotels knew or should have known that the venture was facilitating ongoing  violations of 18 U.S.C §1591(a)(1):

    a.  Choice Hotels and WHG SU Delegates, LLC entered into a venture to operate the Suburban Orlando with the shared objective of maximizing revenue and profits.

    b.  Choice Hotels knowingly received a financial benefit from this venture in the form of franchising fees, royalty fees, and other payments from WHG SU Delegates, LL.

    c.  Choice Hotels and WHG SU Delegates, LLC facilitated the Jane Doe (K.R.)'s violation of  18 U.S.C §1591(a)(1) through its management of the Suburban Orlando and the acts and omissions of the staff of that hotel, WHG SU Delegates, LLC and the resulting harboring  of Jane Doe (K.R.)  despite recklessly disregarding the fact that Jane Doe (K.R.) would be caused to engage in a commercial sex act.

    d.  Choice Hotels and WHG SU Delegates, LLC knew, or with the exercise of reasonable diligence, would have known that they facilitated Jane Doe K.R.'s trafficker's  violations of 18 U.S.C §1591(a)(1).  Despite this, Choice Hotels continued to

knowingly benefit from its relationship with WHG SU Delegates, LLC, including the proceeds WHG SU Delegates, LLC obtained from the unlawful sex trafficking of Jane Doe (K.R.) by her traffickers.

## X.  Defendants are Jointly and Severally Liable for Jane Doe (K.R.)'s Damages

81.    Under the TVPRA, Defendants are jointly and severally liable for all damages a jury awards to Jane Doe (K.R.) for past and future losses she suffered as a proximate result of her sexual exploitation and trafficking.

## CAUSES OF ACTION

## I.  Cause of Action: WHG SU Delegates, LLC and Choice Hotels' Direct Liability as Beneficiaries under §1595 (a) of the TVPRA

82.    Jane Doe (K.R.) incorporates all previous allegations.

83.    Jane Doe (K.R.) is a survivor of sex trafficking within the meaning of 18 U.S.C §1591 and is thus entitled to bring a civil action under the "beneficiary" theory in 18 U.S.C §1595(a) against anyone who knowingly benefited from participation in a venture that the person knew or should have, with reasonable diligence, known was engaged in a violation of the TVPRA.

84.    Through acts and omissions described through this Complaint, Choice Hotels and WHG SU Delegates, LLC received a financial benefit from participating in a commercial venture with traffickers, including Jane Doe

K.R.'s traffickers, despite the fact that Choice Hotels and WHG SU Delegates, LLC each knew or should have known that these traffickers were engaged in violations of 18 U.S.C §1591(a)(1) and 18 U.S.C §1591(a)(2). Thus, Choice Hotels and WHG SU Delegates, LLC are liable to Jane Doe K.R. as beneficiaries under 18 U.S.C §1595.

85.    In addition, through acts and omissions described through this Complaint, Choice Hotels received a financial benefit from participating in a hotel franchising venture with WHG SU Delegates, LLC to operate the Suburban Orlando despite the fact that Defendants knew or should have known that the venture facilitated violations of 18 U.S.C §1591(a)(1) and 18 U.S.C §1591(a)(2) by traffickers operating out of the Suburban Orlando.  These violations happened within the scope of WHG SU Delegates, LLC's venture with Choice Hotels operating the Suburban Orlando. Defendants are thus liable to Jane Doe (K.R.) as beneficiaries under 18 U.S.C §1595 because they knew or should have known that their operation of the Suburban Orlando facilitated violations of 18 U.S.C §1591(a)(1) and 18 U.S.C §1591(a)(2) causing harm to Jane Doe (K.R.) while financially benefiting from their commercial hotel venture.

86.    Violations of 18 U.S.C §1595(a) by both Choice and WHG SU Delegates, LLC as "beneficiaries" operated, jointly, with other acts and omissions of Choice Hotels and WHG SU Delegates, LLC alleged in this

Complaint, to cause Jane Doe to suffer substantial physical and psychological injuries and other damages as a result of being trafficked and sexually exploited at the Suburban Orlando.

## II.   Cause of Action: Choice Hotels' Vicariously Liable for WHG SU Delegates, LLC's Violations of the TVPRA (Actual Agency)

87.   WHG SU Delegates, LLC is the actual agent of Choice Hotels with respect to operation of the Suburban Orlando because, as described above, at all relevant times Choice Hotels exercised systemic control over WHG SU Delegates, LLC's day-to-day operations of the Suburban Orlando, including the means and methods of operation.

88.   WHG SU Delegates, LLC is the actual agent of Choice Hotels with respect to operation of the Suburban Orlando because, as described above, at all relevant times Choice Hotels exercised systemic control over the aspects of WHG SU Delegates, LLC's operation of the Suburban Orlando that caused Jane Doe (K.R.)'s injuries.

89.   Under the TVPRA and the federal common law, a principal is vicariously liable for the violations of its actual agent.

90.   In addition to its own direct liability, Choice Hotels is also vicariously liable to Jane Doe (K.R.) for the TVPRA violations of WHG SU Delegates, LLC, which is Choice Hotels' actual agent.

91.    As alleged above, WHG SU Delegates, LLC is directly liable to Jane Doe (K.R.) for violations of the TVPRA, as a beneficiary under 18 U.S.C §1595(a).  Choice Hotels is vicariously liable to Jane Doe (K.R.) for those same violations.

## DAMAGES

92.    Jane Doe (K.R.) seeks the following damages, joint and severally, from all Defendants:

a. Actual damages (until trial and in the future)

b. Direct damages (until trial and in the future)

c. Incidental and consequential damages (until trial and in the future)

d. Mental anguish and emotional distress damages (until trial and in the future)

e. Lost earnings and lost earning capacity (until trial and in the future)

f. Necessary medical expenses (until trail and in the future)

g. Life care expenses (until trial and in the future)

h. Physical pain and suffering (until trial and in the future)

i. Physical impairment (until trial and in the future)

j. Unjust enrichment (until trial and in the future)

**k.** Exemplary/Punitive damages.

**l.** Attorneys' fees

**m.** Costs of this action

**n.** Pre-judgment and all other interest recoverable

## JURY DEMAND

93.    Jane Doe (K.R.) requests trial by jury.

## PRAYER FOR RELIEF

WHEREFORE, Jane Doe (K.R.) prays that this case be set for trial before a jury and that, upon a final hearing of the cause, judgment be entered for Jane Doe (K.R.) against all Defendants jointly and severally, for the actual, compensatory, and punitive damages as the evidence may show and the jury may determine to be proper, together with the costs of suit, prejudgment interest, post-judgment interest, and such other and further relief to which Jane Doe (K.R.) may, in law or in equity, show herself to be justly entitled.

Respectfully submitted,

**PROVOST☆UMPHREY LAW FIRM, L.L.P.**
350 Pine Street, Suite 1100
P. O. Box 4905
Beaumont, Texas 77704
(409) 835-6000
(409) 813-8605 (FAX)

By:_____
SEAN C. VILLERY-SAMUEL (*pro hac vice*)

Texas State Bar No. 24070802
svillery-samuel@pulf.com
JAMES E. PAYNE (*pro hac vice*)
Texas State Bar No. 00788171
jpayne@pulf.com
BRYAN BLEVINS, JR. (*pro hac vice*)
Texas State Bar No. 02487300
bblevins@pulf.com

ANNIE MCADAMS (*pro hac vice*)
Texas State Bar No. 24051014
**ANNIE McADAMS, PC**
2900 North Loop South, Suite 1130
Houston, Texas 77092
(713) 785.6262
(866) 713-6141 (FAX)
annie@mcadamspc.com

FAUDLIN PIERRE
**PIERRE SIMON**
Florida Bar No. 56770
600 Southwest 4th Avenue
Fort Lauderdale, FL 33315
(305) 336-9193
fplaw08@yahoo.com

### *ATTORNEYS FOR PLAINTIFF*

### CERTIFICATE OF COMPLIANCE

Counsel hereby certifies that this document has been prepared with one of

the font and point selections approved by the Court pursuant to L.R. 1.08 of the

Middle District of Florida, specifically, 13 point, Georgia font.

This the 15th day of April 2025.

By: _____

SEAN C. VILLERY-SAMUEL (*pro hac vice*)

## CERTIFICATE OF SERVICE

I hereby certify that, on this 15th day of April 2025, I electronically filed the
foregoing document with the Clerk of Court using the CM/EFC system, which will
send e-mail notification of such filing to all attorneys of record.

By:_____

SEAN C. VILLERY-SAMUEL (*pro hac vice*)