# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JANE DOE K.R.,

        Plaintiff,

v.

Case No:   6:23-cv-1012-JSS-LHP

CHOICE HOTELS, WHG SU DELEGATES, LLC, CHOICE HOTELS INTERNATIONAL, INC. and CHOICE HOTELS INTERNATIONAL SERVICES CORP.,

        Defendants

---

## ORDER
(AND DIRECTION TO CLERK OF COURT)

This cause comes before the Court *sua sponte*.  On April 15, 2025, the Court granted Choice Hotels, Choice Hotels International, Inc., and Choice Hotels International Services Corporation's ("Choice") motion to file certain filings related to summary judgment and *Daubert* motions under seal, and ordered Choice to file those documents either under seal or in redacted form as authorized by that Order.  *See* Doc. No. 149.   Choice has now filed the documents, but Choice has filed all of the documents under seal, including the redacted versions.  *See* Doc. No. 151.

Based thereon, it is **ORDERED,** that consistent with the April 15, 2025 Order (Doc. No. 149), the Clerk of Court is **DIRECTED** to remove the sealed restriction from Doc. Nos. 151-4, 151-7, and 151-9 (the three redacted filings).

**DONE** and **ORDERED** in Orlando, Florida on April 17, 2025.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties