UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JANE DOE K.R.,

      Plaintiff,

v.                                    Case No:   6:23-cv-1012-JSS-LHP

CHOICE HOTELS, WHG SU
DELEGATES, LLC, CHOICE HOTELS
INTERNATIONAL, INC. and
CHOICE HOTELS INTERNATIONAL
SERVICES CORP.,

      Defendants

_____

## ORDER

Before the Court is Choice Hotels, Choice Hotels International, Inc., and Choice Hotels International Services Corporation's ("Choice") Unopposed Motion to Seal Portions of Their Response under Federal Rule of Evidence 412. Doc. No. 201. Choice seeks to file under seal an unredacted version of its response to Plaintiff K.R.'s Consolidated Motions *in Limine* (Doc. No. 190), and a redacted version on the public docket. *Id.*; *see also* Doc. No. 201-1 (redacted response), Doc. No. 201-2 (unredacted sealed response). The redacted information concerns

Plaintiff's sexual history, which Choice says must be sealed pursuant to Federal Rule of Evidence 412. Doc. No. 201. Plaintiff does not oppose. *Id.* at 4.

The legal standards governing the sealing of materials have been laid out in detail in prior Orders. *See* Doc. Nos. 145, 178; *see also* Doc. No. 196. And the Court has previously addressed Choice's request to seal information pursuant to Rule 412. Doc. No. 196. As Choice points out, Federal Rule of Evidence 412 requires that when parties seek to admit sexual character evidence, parties must first file motions requesting admission. Fed. R. Evid. 412. And, "[u]nless the court orders otherwise," such motions and "related materials" "must be and remain sealed." Fed. R. Evid. 412(c)(2).

Accordingly, for the same reasons previously set forth granting a motion to seal similar materials, *see* Doc. No. 196, the Court finds Choice's motion well taken. It is **ORDERED** as follows:

1. Choice's Unopposed Motion to Seal Portions of Their Response under Federal Rule of Evidence 412 (Doc. No. 201) is **GRANTED**.

2. Within **seven (7) days** of the date of this Order, Choice shall file as a separate public docket entry its redacted response to Plaintiff K.R.'s Consolidated Motions *in Limine* (Doc. No. 201-1). By this same deadline, Choice shall file under seal as a separate docket entry its unredacted response (Doc. No. 201-2).

3. Upon review, the Court may require that some or all of the information filed under seal be filed in the public record, if it determines that the information is not properly subject to sealing.   Otherwise, this seal shall not extend beyond ninety (90) days after the case is closed and all appeals exhausted.   *See* Local Rule 1.11(e).

**DONE** and **ORDERED** in Orlando, Florida on August 15, 2025.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

- 3 -